1  Carolyn E. Sieve, CA State Bar No. 182763
   carolyn.sieve@ogletreedeakins.com
2  Jordon R. Ferguson CA Bar No. 276578
   jordon.ferguson@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower, Suite 1500
4  695 Town Center Drive
   Costa Mesa, CA  92626
5  Telephone:  714.800.7900
   Facsimile:   714.754.1298
6
7  Attorneys for Defendants
   DEGC ENTERPRISES (U.S.), INC. (erroneously named
   herein as "DEGC ENTERPRISES (U.S.), INC., D.B.A.
8  CCS MEDICAL, INC.") and CCS MEDICAL, INC.
9

10                UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

12

13 | DAVID MOHUNDRO, an individual,      | Case No.
14 |            Plaintiff,               | **DECLARATION OF KENNETH FERNANDEZ IN SUPPORT OF REMOVAL**
15 |      vs.                            |
16 | DEGC ENTERPRISES (U.S.), Inc.,      |
   | D.B.A. CCS MEDICAL, INC., a Florida | Complaint Filed: January 9, 2015
17 | Corporation; CCS MEDICAL, INC., a   | Trial Date:     None Set
   | Delaware Corporation, and Does 1    |
18 | through 20, Inclusive,              |
19 |            Defendants.              |

20
21
22
23
24
25
26
27
28

Fernandez Declaration 2-26-15

DECLARATION OF KENNETH FERNANDEZ IN SUPPORT OF REMOVAL

## DECLARATION OF KENNETH FERNANDEZ

I, Kenneth Fernandez, hereby declare and state as follows:

1. I am employed by CCS Medical, Inc. ("CCS") as a Director of Human Resources. My office is located at 1505 LBJ Freeway, Ste. 600, Farmers Branch, Texas 75234. I have been employed by CCS since August 15, 2011, and I am familiar with its operations in the United States. In my position, I have access to the corporate information regarding CCS and its affiliates, such as DEGC Enterprises (U.S.), Inc. ("DEGC"), including information related to their place of incorporation, and the location of their headquarters and operation center.

2. This declaration is based on my personal knowledge, and if called upon to testify as to the facts set forth in this declaration, I could and would competently testify to them. To the extent this declaration is based upon business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of CCS or DEGC to maintain such records.

3. DEGC was, at the time the Complaint was filed and still is, a corporation formed under the laws of the State of Florida. DEGC's principal place of business was, at the time of the filing of this action and still is, located in the State of Texas because its headquarters, its executive and senior management personnel, and its primary management operations are located in Farmers Branch, Texas.

4. CCS was, at the time the Complaint was filed and still is, a corporation formed under the laws of the State of Delaware. CCS's principal place of business was, at the time of the filing of this action and still is, located in the State of Texas because its headquarters, its executive and senior management personnel, and its primary management operations are located in Farmers Branch, Texas.

5. In my capacity as a Director of Human Resources, I have access to the salary and pay records of current and former CCS employees, including David Mohundro. At the time of Mr. Mohundro's termination on or about April 9, 2014,

Fernandez Declaration 2-26-15

DECLARATION OF KENNETH FERNANDEZ IN SUPPORT OF REMOVAL

1  his hourly rate as a full-time Distribution Representative was $15.73 per hour. Thus,
2  Mr. Mohundro earned approximately $32,718.40 per year, not including overtime.

3      6.    In addition to wage compensation, Plaintiff David Mohundro received
4  certain benefits, including health insurance, dental insurance, basic life insurance,
5  and employer contributions to his pension. He also received vacation pay, sick pay,
6  and holiday pay benefits.

7      7.    Further, as a Director of Human Resources, I have access to CCS
8  Medical, Inc.'s corporate and business records, including but not limited to personnel
9  files and data pertaining to CCS's current and former employees. Based upon my
10 review of CCS's corporate and business records, Mr. Mohundro has resided in
11 Orange County, California since his employment began in 2006 and his last-known
12 home address indicates he currently resides in Orange County, California.

13     I declare under penalty of perjury of the laws of the United States and the State
14 of California that the foregoing is true and correct.

15     Executed on February 26, 2015, at Farmers Branch, Texas.

Kenneth Fernandez